Ellen Kenner Ingal Building Corporation, appellee, v. Esther A. Widen, appellant. Gen. No. 33,794.

Opinion filed March 11, 1930.

John E. Erickson, for appellant. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Isadore Ziven, appellee, v. M. Samuels & Company, appellant. Gen. No. 33,816.

Opinion filed March 11, 1930.

Woods, Bishop & Cohen, for appellant. Barrett, Barrett & Wermuth, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

People ex rel. Isadore A. Deutch, plaintiff-appellee, v. City of Chicago et al., defendants-appellants. Gen. No. 33,828.

Opinion filed March 11, 1930.

Samuel A. Ettelson, Corporation Counsel, James W. Breen and Joseph A. Ricker, Assistant Corporation Counsel, for appellants; Cora B. Hirtzel, Assistant Corporation Counsel, of counsel. Edward J. McArdle, Jr., for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Simon J. Peyser, plaintiff in error, v. Edward Lynch, defendant in error. Gen. No. 33,858.

Opinion filed March 11, 1930.

George F. Rutledge, for plaintiff in error; John V. McCormick, of counsel. Jones & Key, for defendant in error; Robert G. Dreffein and Herbert J. Engel, of counsel.

Mr. Justice Gridley delivered the opinion of the court.